JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JORGE LUIS GUTIERREZ PALOMINO,
Petitioner,
v.
JOSHUA JOHNSON, et al.,
Respondents.

No. 5:26-cv-05852-BFM

**JUDGMENT**

On October 14, 2026, the Court issued an order granting the petition and ordered Petitioner Jorge Luis Gutierrez Palomino (A# 246-267-814) immediately released on the parole conditions previously imposed. (ECF 7 at 5.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 8.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: October 15, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE